IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA

KAREAN L. REYNOLDS, as Personal
Representative of the ESTATE OF NAKEA
TYWAIN DIMITRI COWART,
Deceased,

Plaintiff,

v. CIVIL ACTION No.: 3:26-CV-00324

SMYRNA READY MIX CONCRETE, LLC. and ROB LEE HARRIS,

Defendants.

**AMENDED COMPLAINT**

Plaintiff, KAREAN L. REYNOLDS as the duly appointed Personal Representative of the ESTATE OF NAKEA TYWAIN DIMITRI COWART, Deceased, sues Defendants, SMYRNA READY MIX CONCRETE, LLC. and ROB LEE HARRIS, and alleges:

1) This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

2) Plaintiff, KAREAN L. REYNOLDS, brings this action in his capacity as Personal Representative of the Estate of NAKEA TYWAIN DIMITRI COWART, Deceased. A copy of the Order granting Letters of Administration is attached hereto as Exhibit "A."

3) Pursuant to 28 U.S.C. § 1332(c)(2), the legal representative of a decedent's

estate is deemed to be a citizen of the same state as the decedent.

4) At the time of his death, NAKEA TYWAIN DIMITRI COWART was domiciled in and a citizen of the State of Alabama.

5) Defendant ROB LEE HARRIS is a natural person who is domiciled in and a citizen of the State of Florida.

6) Defendant SMYRNA READY MIX CONCRETE, LLC is a limited liability company whose sole member is Hollingshead Holding Company, LLC. Hollingshead Holding Company, LLC is a limited liability company whose members are natural persons who are citizens of the State of Tennessee. Accordingly, Defendant SMYRNA READY MIX CONCRETE, LLC is a citizen of Tennessee for purposes of 28 U.S.C. § 1332.

7) Complete diversity exists because Plaintiff (as representative of an Alabama decedent) is a citizen of Alabama, Defendant Harris is a citizen of Florida, and Defendant Smyrna Ready Mix Concrete, LLC is a citizen of Tennessee.

8) Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in Escambia County, Florida.

**COUNT I**
**WRONGFUL DEATH - DEFENDANT ROB LEE HARRIS**

9) Plaintiff realleges and incorporates paragraphs 1 through 8 as if fully set forth herein.

10) This count is asserted pursuant to Florida Statutes §§ 768.16 – 768.26 (The Wrongful Death Act).

11) On or about September 12, 2025, Defendant SMYRNA READY MIX CONCRETE, LLC owned and Defendant ROB LEE HARRIS operated a motor vehicle (hereinafter referred to as a "Dump Truck") in Escambia County, Florida.

12) On or about September 12, 2025, Defendant ROB LEE HARRIS, in the course and scope of his employment with Defendant SMYRNA READY MIX CONCRETE, LLC., negligently operated and/or maintained the subject Dump Truck so that it collided with the vehicle operated by NAKEA TYWAIN DIMITRI COWART, causing his death.

13) Defendant ROB LEE HARRIS owed NAKEA TYWAIN DIMITRI COWART a duty to operate the subject vehicle with reasonable care under the circumstances.

14) Defendant ROB LEE HARRIS breached that duty, and his negligence caused and/or contributed to the untimely death of NAKEA TYWAIN DIMITRI COWART.

15) The beneficiaries of a recovery for the subject wrongful death action, pursuant to Florida Statute Section 768.21 and their relationship to the decedent, NAKEA TYWAIN DIMITRI COWART, are as follows:

   a. Decedent's estate for medical and funeral expenses and loss of

net accumulations.

b. A.C., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.C. severe mental pain and suffering.

c. A.A., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.A. severe mental pain and suffering.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant ROB LEE HARRIS, in excess of this Court's jurisdictional limits, a Trial by Jury, and any other relief deemed just and proper in this matter.

## COUNT II
## WRONGFUL DEATH – SMYRNA READY MIX CONCRETE, LLC

16) Plaintiff realleges and incorporates paragraphs 1 through 8 as if fully set forth herein.

17) This count is asserted pursuant to Florida Statutes §§ 768.16 – 768.26 (The Wrongful Death Act).

18) On or about September 12, 2025, Defendant SMYRNA READY MIX CONCRETE, LLC owned and Defendant ROB LEE HARRIS operated a motor vehicle (hereinafter referred to as a "Dump Truck") in Escambia County, Florida.

19) At all times material hereto, Defendant SMYRNA READY MIX

CONCRETE, LLC was vicariously liable for the negligence of Defendant ROB LEE HARRIS under the doctrine of respondeat superior because Harris was acting within the course and scope of his employment.

20) Defendant ROB LEE HARRIS breached his duty of reasonable care in the operation of the subject Dump Truck and his negligence caused the untimely death of NAKEA TYWAIN DIMITRI COWART.

21) The beneficiaries of a recovery for the wrongful death, pursuant to Florida Statute Section 768.21 and their relationship to the decedent, NAKEA TYWAIN DIMITRI COWART, are as follows:

a. Decedent's estate for medical and funeral expenses and loss of net accumulations.

b. A.C., as the son of the deceased, has been deprived of the comfort, companionship, support and society of his father. This loss has caused A.C. severe mental pain and suffering.

c. A.A., a minor, as the son of the deceased, has been deprived of the comfort, companionship, support, and society of his father. This loss has caused A.A. severe mental pain and suffering.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant SMYRNA READY MIX CONCRETE, LLC., in excess of this Court's jurisdictional limits, exclusive of costs, interest, and attorneys' fees

and further demands a Trial by Jury and any other relief deemed just and proper in this matter.

Dated February 24, 2026

Respectfully Submitted,

/s/ Aaron L. Watson
AARON L. WATSON, ESQ.
Florida Bar No.: 0071091
THE WATSON FIRM, PLLC
350 West Cedar Street, Suite 350
Pensacola, FL 32502
Tel.: 850.607.2929
Fax: 850.607.2055
E-Mail: awatson@watsonfirm.com
E-Mail: filing@watsonfirm.com